MARC WEINER ET AL. *v.* MICHAEL H. CLINTON ET AL.

The petition by the defendants Steven Varney and Brown, Paindiris and Scott, LLP, for certification for appeal from the Appellate Court, 100 Conn. App. 753 (AC 27012), is denied.

*Elizabeth M. Cristofaro* and *Christopher J. Sochacki*, in support of the petition.

*Thomas P. Willcutts*, in opposition.

Decided June 5, 2007

STATE OF CONNECTICUT *v.* TOMMIE L. MARTIN

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 742 (AC 27112), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, senior assistant state's attorney, in opposition.

Decided June 5, 2007

STATE OF CONNECTICUT *v.* MARK A. EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 565 (AC 27113), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.